# Order

Michigan Supreme Court
Lansing, Michigan

July 18, 2014

149460

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re Z. B. J, Minor.

SC: 149460
COA: 317332
Livingston CC Family Division:
2012-014135-NA

_____/

On order of the Court, the application for leave to appeal the May 13, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2014



Clerk

p0715